UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL BROWN, | ) | CASE NO. ED CV 13-1802-GHK (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| JEFFREY BEARD, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: 10/25/13 .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\EDCV 13-1802.JUDGMENT.wpd